877 A.2d 383

Sharon LAZERATION, Petitioner,

v.

HOME DEPOT U.S.A., INC. and the
Home Depot, Inc., Respondent.

Supreme Court of Pennsylvania.

June 10, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of June 2005, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court based upon the decision of this Court in *Reutzel v. Douglas,* 582 Pa. 149, 870 A.2d 787 (2005).